UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ALFRED TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AYUB HAROUN, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01109-DAD-BAK (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF COMPLAINT, DISREGARDING REQUEST FOR JUDICIAL NOTICE, AND GRANTING SECOND EXTENSION OF TIME**<br><br>(ECF No. 14)<br><br>21-DAY DEADLINE |

　　　　On December 4, 2021, the Court ordered Plaintiff to show cause why this action should not be dismissed for his failure to exhaust administrative remedies prior to filing suit. (ECF No. 10.) Plaintiff requests judicial notice and moves for a copy of his original complaint. (ECF No. 14.)

　　　　Plaintiff's request for judicial notice is DISREGARDED as unnecessary. Good cause appearing, Plaintiff's motion for a copy of his complaint is GRANTED. The Clerk's Office shall provide a one-time courtesy copy of Plaintiff original complaint (ECF No. 1) to Plaintiff. The Court additionally GRANTS Plaintiff a second extension of time to respond to the show cause order. Plaintiff shall have **21 days** from the date of service of this order to respond to the December 4, 2021 order to show cause.

Dated: February 6, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE