IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE ALFRED TAYLOR,**<br><br>Plaintiff,<br><br>v.<br><br>**AYUB HAROUN, et al.,**<br><br>Defendants. | Case No. 1:21-cv-01109-ADA-CDB (PC)<br><br>**ORDER GRANTING MOTION TO EXTEND TIME WITHIN WHICH TO FILE WAIVERS OF SERVICE OF PROCESS**<br><br>(Doc. 30) |

Good cause appearing, Defendants request for an extension of time to file waivers of service of process is **GRANTED**. Defendants **SHALL** file waivers of service **no later than August 18, 2023**. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:   **July 24, 2023**                                          _____
                                                                                    UNITED STATES MAGISTRATE JUDGE