IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE ALFRED TAYLOR,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**AYUB HAROUN, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 1:21-cv-01109-ADA-CDB (PC)<br><br>**ORDER LIFTING PREVIOUSLY IMPOSED STAY**<br><br>(Doc. 34)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF POST-SCREENING ADR**<br><br>(Doc. 38)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER** |

Plaintiff Joe Alfred Taylor is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.

**I.　RELEVANT PROCEDURAL BACKGROUND**

On August 22, 2023, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (Doc. 34.) Specifically, the Court ordered the parties to file notice, within 45 days, indicating whether they believed an early settlement conference would be productive in this matter. (*Id*. at 2.)

Plaintiff filed notice indicating his belief an early settlement conference would be productive. (Doc. 35.) On October 6, 2023, Defendants filed a document titled "Defendants'

Request to Opt Out of Post-Screening ADR Project." (Doc. 38.) The request is supported by the Declaration of Deputy Attorney General Shaina Alcheck. (Doc. 38-1.) Defendants indicate they do not believe a settlement conference would be productive. (*Id*., ¶ 7.)

Because all parties do not agree an early settlement conference would be productive, the Court will lift the previously imposed stay and issue a discovery and scheduling order.

## II.   CONCLUSION AND ORDER

Accordingly, **IT IS HEREBY ORDERED** that:

1. The previously imposed 90-day stay of this is action (Doc. 34) is **LIFTED**;
2. Defendants' request to opt out of early ADR (Doc. 38) is **GRANTED**; and
3. The Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter.

IT IS SO ORDERED.

Dated:   **October 10, 2023**

UNITED STATES MAGISTRATE JUDGE