IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE ALFRED TAYLOR,**<br><br>Plaintiff,<br><br>v.<br><br>**AYUB HAROUN, et al.,**<br><br>Defendants. | Case No. 1:21-cv-01109-ADA-CDB (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 43) |

Plaintiff Joe Alfred Taylor is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.

**I.      INTRODUCTION**

The Court issued its Discovery and Scheduling Order on October 10, 2023. (Doc. 40.) Relevant here, the deadline for filing of dispositive motions is August 19, 2024. (*Id*.)

On August 9, 2024, Defendants filed a motion to modify the scheduling order to extend the dispositive motion deadline. (Doc. 43.) Defendants' request is supported by the Declaration of Shaina Alcheck. (*Id*. at 5-6.)

**II.     DISCUSSION**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This

good cause standard "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The court may modify the scheduling order "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Id*. If the party was not diligent, the inquiry should end. *Id.*

Here, Defendants' motion indicates the parties have completed discovery. (Doc. 43 at 2.) Defendants seek an extension of 45 days within which to file a dispositive motion. (*Id*.) Defense counsel declares she intends to move for summary judgment on the merits based upon her case investigation and the discovery obtained. (*Id*., at ¶¶ 3-4.) She has begun compiling the relevant documentary evidence, preparing supporting declarations, and drafting the summary judgment motion. (*Id*., ¶ 4.) However, defense counsel attests additional time is needed to complete those tasks. (*Id*.) She further declares that additional case obligations and responsibilities, including several dispositive motions, continue to require defense counsel's immediate attention. (*Id*.) Further, counsel will be out of the office and unable to work on the motion between August 11 and 22, 2024. (*Id*.) Defense counsel declares the requested extension will allow her to properly complete the summary judgment motion, conserving the resources of the Court and the parties. (*Id*., ¶ 5.) Lastly, Counsel declares Defendants have not sought a previous extension of the dispositive motion deadline, nor is the instant motion made for the purpose of harassment, undue delay, or for any other improper reason. (*Id*., at ¶¶ 6-7.)

### III.   CONCLUSION AND ORDER

Accordingly, and for good cause shown, the Court **ORDERS** that:

1. Defendants' motion to modify the scheduling order (Doc. 43) is **GRANTED**; and
2. The Discovery and Scheduling Order is **MODIFIED** to extend the deadline for filing a dispositive motion from August 19, 2024, to **October 3, 2024**.

IT IS SO ORDERED.

Dated:   **August 12, 2024**

UNITED STATES MAGISTRATE JUDGE