IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE ALFRED TAYLOR,**<br><br>Plaintiff,<br><br>v.<br><br>**AYUB HAROUN, et al.,**<br><br>Defendants. | Case No. 1:21-cv-01109-KES-CDB (PC)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 48) |

Plaintiff Joe Alfred Taylor is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.

**I.      INTRODUCTION**

The Court issued its Discovery and Scheduling Order on October 10, 2023. (Doc. 40.)

On August 12, 2024, the Court granted Defendants' motion to modify the Discovery and Scheduling Order, extending the dispositive motion filing deadline to October 3, 2024. (Doc. 44.)

On October 3, 2024, Defendants filed their motion for summary judgment. (Doc. 45.) On October 21, 2024, this Court granted Plaintiff's first request for an extension of time to file an opposition to Defendants' motion. (Doc. 47.) Plaintiff was directed to file his opposition no later than November 15, 2024. (*Id.* at 2.)

On November 18, 2024,[1] Plaintiff filed a second request for an extension of time. (Doc. 48.)

## II. DISCUSSION

Plaintiff seeks a second extension of time, to and including December 16, 2024, within which to file an opposition to Defendants' pending motion for summary judgment. (Doc. 48.) Plaintiff states since the last extension of time, his housing facility has been "on (2) verifiable lockdown/modified program status back to back due to increased violence." (*Id*. at 3.) The first modified program involved an attempted murder of a correctional officer, resulting in a 14-day lockdown, and the second involved "a riot between (2) two documented Security Threat Groups (STGs) known as the 2-5ers and I-R's," resulting in a lockdown or modification lasting about 5 days. (*Id*.) Plaintiff asserts the lockdowns and/or modifications have adversely affected his "access to meaningful Law Library time to research and respond" prior to the current deadline. (*Id*.) Plaintiff states that without those interruptions, "he would have been prepared to respond to opposing Counsel's documents and pleading." (*Id*.) He states he has a habeas corpus action and a civil rights action pending in the United States District Court for the Central District in California, a civil rights action pending in this Court, and a civil rights complaint pending in the Kings County Superior Court, yet "is able to manage his caseload with meaningful access to the Law Library." (*Id*.) Plaintiff states absent the requested extension, he "will be prejudiced due to no fault of his own." (*Id*.) He notes Defendants' motion is "voluminous and under review for his response," and although he "has not begun drafting his responsive pleadings," he "fully intends to." (*Id*. at 4.)

Plaintiff's request will be granted. However, the Court notes Plaintiff's previous request, made October 18, 2024, also referenced an attempted murder of a correctional officer, providing a date of "on or about October 2, 2024" for that crime. In the instant request, Plaintiff does not reference a date for the purported attempt on a correctional officer's life. The Court will presume Plaintiff's current and undated reference to an attempted murder of a correctional officer is different from that previously stated—it appears any lockdown that followed an attempted crime

---

[1] Plaintiff's request is signed and dated November 13, 2024.

occurring on October 2, 2024, is not likely to result in a lockdown extending beyond 14 days, meaning that purported crime would not support the current extension request. Finally, Plaintiff is cautioned that further requests for an extension of the deadline for filing an opposition to Defendants' pending motion for summary judgment will be viewed with disfavor.

### III.    CONCLUSION AND ORDER

Accordingly, and for good cause shown, the Court **ORDERS** that:

1. Plaintiff's second request for an extension of time within which to oppose Defendants' motion for summary judgment (Doc. 48) is **GRANTED**;
2. Plaintiff **SHALL** file an opposition no later than **December 16, 2024**; and
3. Any further requests for an extension of time will be viewed with disfavor.

IT IS SO ORDERED.

Dated:   **November 19, 2024**

UNITED STATES MAGISTRATE JUDGE