IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE ALFRED TAYLOR,**<br><br>Plaintiff,<br><br>v.<br><br>**AYUB HAROUN, et al.,**<br><br>Defendants. | Case No. 1:21-cv-01109-KES-CDB (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT**<br><br>**FILING DEADLINE: JANUARY 9, 2025** |

Plaintiff Joe Alfred Taylor is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.

**I.   INTRODUCTION**

The Court issued its Discovery and Scheduling Order on October 10, 2023. (Doc. 40.)

On August 12, 2024, the Court granted Defendants' motion to modify the Discovery and Scheduling Order, extending the dispositive motion filing deadline to October 3, 2024. (Doc. 44.) On October 3, 2024, Defendants filed their motion for summary judgment. (Doc. 45.)

On October 21, 2024, this Court granted Plaintiff's first request for an extension of time to file an opposition to Defendants' motion. (Doc. 47.) Plaintiff was directed to file his opposition no later than November 15, 2024. (*Id.* at 2.)

On November 18, 2024, Plaintiff filed a second request for an extension of time. (Doc. 48.) On November 19, 2024, the Court granted Plaintiff's request and directed Plaintiff to file his opposition no later than December 16, 2024. (Doc. 49.)

Plaintiff did not file an opposition and the deadline for doing so has now passed.

**II.    DISCUSSION**

Defendants' motion for summary judgment has been pending nearly four months. The Court has granted Plaintiff two extensions of time to file an opposition to Defendants' motion, beyond the initial 21 days provided by Local Rule 230(*l*), for a total of 74 days. Despite those extensions, Plaintiff has failed to file a timely opposition to Defendants' summary judgment motion.

Plaintiff will be afforded *one final opportunity* to oppose Defendants' motion. Plaintiff is forewarned that should he fail to file an opposition on or before January 9, 2025, no further briefing will be accepted, and Defendants' motion will be deemed submitted without opposition on that date.

**III.   CONCLUSION AND ORDER**

Accordingly, the Court **ORDERS** that:

1. Plaintiff **SHALL** file any opposition on or before **January 9, 2025**; and
2. In the event Plaintiff fails to file an opposition on or before January 9, 2025, no further briefing will be accepted and Defendants' motion for summary judgment will be deemed submitted for decision.

IT IS SO ORDERED.

Dated:   **December 26, 2024**

UNITED STATES MAGISTRATE JUDGE