UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ALFRED TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>AYUB HAROUN, et al.,<br><br>        Defendant. | No. 1:21-cv-01109-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Docs. 45, 56 |

    Plaintiff Joe Alfred Taylor is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 3, 2024, defendants filed a motion for summary judgment. Doc. 45.  After receiving an extension of time, plaintiff filed an opposition to the motion for summary judgment. Doc. 52.  On March 18, 2025, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion for summary judgment be granted.  Doc. 56.  Plaintiff was afforded 14 days within which to file objections. *Id*. at 28-29.  Plaintiff filed objections on April 28, 2025, which the Court will consider when addressing the findings and recommendations.

    In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this

1   case. The magistrate judge found that defendants met their initial burden of production with
2   respect to all the claims for relief, and that the burden shifted to plaintiff to raise a triable issue of
3   fact. The magistrate judge found plaintiff failed to meet his burden of production. In his
4   objections, plaintiff reiterates many of the same factual allegations that the magistrate judge
5   correctly found insufficient to meet his burden of production. *See* Doc. 57. Although plaintiff
6   argues that the magistrate judge failed to draw all reasonable inferences in his favor, plaintiff's
7   objections do not undermine the reasoning of the findings and recommendations and do not
8   provide a basis for this Court to find that summary judgment should be denied.

    Having reviewed the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

    Accordingly:

    1. The findings and recommendations issued on March 18, 2025, Doc. 56, are adopted in full;
    2. Defendants' motion for summary judgment, Doc. 45, is granted; and
    3. The Clerk of the Court is directed to terminate any pending motions or deadlines and to close this case.

IT IS SO ORDERED.

    Dated:    September 21, 2025

    UNITED STATES DISTRICT JUDGE

2